Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: KILO, MAURICE DION | § Case No. 17-05440 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 24, 2017. The undersigned trustee was appointed on February 24, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $     1,432.28

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 1,392.28 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/03/2018 and the deadline for filing governmental claims was 08/23/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $358.07. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $358.07, for a total compensation of $358.07.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $8.45, for total expenses of $8.45.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/20/2018      By: /s/Ira Bodenstein
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-05440  
**Case Name:** KILO, MAURICE DION  

**Period Ending:** 01/20/18  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/24/17 (f)  
**§341(a) Meeting Date:** 03/30/17  
**Claims Bar Date:** 01/03/18  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Checking: United Credit Union<br>Orig. Description: Checking: United Credit Union; Imported from Amended Doc#: 23; Exemption: Checking: United Credit Union - Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 2 | Savings: United Credit Union<br>Orig. Description: Savings: United Credit Union; Imported from Amended Doc#: 23 | 1.00 | 0.00 | | 0.00 | FA |
| 3 | Television, and Cell Phone<br>Orig. Description: Television, and Cell Phone; Imported from Amended Doc#: 23 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | DVDs<br>Orig. Description: DVDs; Imported from Amended Doc#: 23 | 20.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary Wearing Apparel<br>Orig. Description: Necessary Wearing Apparel; Imported from Amended Doc#: 23; Exemption: Necessary Wearing Apparel - Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Int. in Ins. policies: Whole Life Insurance Poli<br>Amended value for policy loan listed as asset 7.<br>Orig. Description: Int. in Ins. policies: Whole Life Insurance Policy with MetLife; Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Int. in Ins. policies: Whole Life Insurance Poli<br>Orig. Description: Int. in Ins. policies: Whole Life Insurance Policy with MetLife; Imported from Amended Doc#: 23; Exemption: Whole Life Insurance Policy with MetLife - Amount: 1905.00 | 3,337.28 | 0.00 | | 1,432.28 | FA |
| 8 | Anticipated 2016 Federal Income Tax Refund inclu<br>Orig. Description: Anticipated 2016 Federal Income Tax Refund including $463 in tax credits: Federal; Imported from Amended Doc#: 23; Exemption: Federal: Anticipated 2016 Federal Income Tax Refund including $463 in tax credits - Amount: 463.00; Exemption: Federal: Anticipated 2016 Federal Income Tax Refund including $463 in tax credits - Amount: | 1,758.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-05440  
**Case Name:** KILO, MAURICE DION  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/24/17 (f)  
**§341(a) Meeting Date:** 03/30/17  

**Period Ending:** 01/20/18  

**Claims Bar Date:** 01/03/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | 1295.00 |  |  |  |  |  |
| 9 | 2010 Dodge Ram, 70,000 miles. Entire property va<br>Orig. Description: 2010 Dodge Ram, 70,000 miles. Entire property value: $18,000.00; Imported from Amended Doc#: 23; Lien: Opened 11/15 Last Active 12/23/16<br>Other (including a right to offset): Purchase Money Security Interest<br>2010 Dodge Ram 70,000 miles<br>Value $18,000.00 - Amount: 21543.00 | 18,000.00 | 0.00 |  | 0.00 | FA |
| 10 | 2001 Dodge Ram, 175,000 miles, Inoperable. Entir<br>Orig. Description: 2001 Dodge Ram, 175,000 miles, Inoperable. Entire property value: $1,000.00; Imported from Amended Doc#: 23; Exemption: 2001 Dodge Ram 175,000 miles Inoperable - Amount: 2400.00 | 1,000.00 | 0.00 |  | 0.00 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$25,066.28** | **$0.00** |  | **$1,432.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 31, 2018    **Current Projected Date Of Final Report (TFR):** March 31, 2018

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 17-05440 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | KILO, MAURICE DION | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***5980 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/20/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/27/17 | {7} | Maurice Kilo | Non-exempt cash value of life insurance | 1129-000 | 1,432.28 | | 1,432.28 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,422.28 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,412.28 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,402.28 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,392.28 |
| | | | ACCOUNT TOTALS | | 1,432.28 | 40.00 | $1,392.28 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,432.28 | 40.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,432.28 | $40.00 | |

Net Receipts : 1,432.28

Net Estate : $1,432.28

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8266 | 1,432.28 | 40.00 | 1,392.28 |
| | $1,432.28 | $40.00 | $1,392.28 |

{} Asset reference(s)          Printed: 01/20/2018 10:51 AM    V.13.30

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 3, 2018

**Case Number:** 17-05440  
**Debtor Name:** KILO, MAURICE DION  

Page: 1

**Date:** January 20, 2018  
**Time:** 10:52:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $358.07 | $0.00 | 358.07 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $8.45 | $0.00 | 8.45 |
| NOTFILED 100 | California Republic Bank<br>Attn: Legal Dept<br>Po Box 5610<br>Hercules, CA 94547 | Secured | 1001 | $0.00 | $0.00 | 0.00 |
| 1 610 | U S Dept of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005 | Unsecured | 0002<br>--------------------------------------------------------------------------------<br>Schedule F Account: 0001 | $6,627.88 | $0.00 | 6,627.88 |
| 2 610 | Midland Funding, LLC c/o<br>Midland Credit Management, Inc. as agent<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | 5902 | $10,225.13 | $0.00 | 10,225.13 |
| 3 610 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | 0541 | $795.68 | $0.00 | 795.68 |
| NOTFILED 610 | Direct TV<br>P.O. Box 64437<br>Saint Paul, MN 55164 | Unsecured | 3131 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | HSBC Bank Nevada<br>P. 0. Box 60578<br>Los Angeles, CA 90600 | Unsecured | 4842 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Constellation<br>P. 0. Box 9035<br>Addison, TX 75001 | Unsecured | 8000 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Midland Funding<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193 | Unsecured | 4571 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Peoples Gas<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | Unsecured | 8190 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Midland Funding<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193 | Unsecured | 4842 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 3, 2018

**Case Number:** 17-05440  
**Debtor Name:** KILO, MAURICE DION  

Page: 2

**Date:** January 20, 2018  
**Time:** 10:52:57 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Chase Bank<br>Attn:Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ComEd<br>3 Lincoln Center, Attn: Bkcy Group-Claim Department<br>Oakbrook Terrace, IL 60181 | Unsecured | 8029 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Barclays Bank Delaware<br>100 S West St<br>Wilmington, DE 19801 | Unsecured | 4320 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dept Of Healthcare<br>509 S 6th St<br>Springfield, IL 62701 | Unsecured | 4000 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | City of Chicago Corporate Counsel<br>121 N. LaSalle Street<br>Suite 600<br>Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 18,015.21 | 0.00 | 18,015.21 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-05440
Case Name: KILO, MAURICE DION
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 1,392.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,392.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 358.07 | 0.00 | 358.07 |
| Trustee, Expenses - Ira Bodenstein | 8.45 | 0.00 | 8.45 |

Total to be paid for chapter 7 administration expenses: $ 366.52
Remaining balance: $ 1,025.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,025.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,025.76

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 17,648.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | U S Dept of Education/MOHELA | 6,627.88 | 0.00 | 385.22 |
| 2 | Midland Funding, LLC c/o | 10,225.13 | 0.00 | 594.29 |
| 3 | PYOD, LLC its successors and assigns as assignee | 795.68 | 0.00 | 46.25 |

Total to be paid for timely general unsecured claims: $ 1,025.76
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**