# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: KILO, MAURICE DION | § | Case No. 17-05440 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $21,729.00
*(without deducting any secured claims)*

Assets Exempt: $6,913.00

Total Distribution to Claimants: $1,025.76

Claims Discharged
Without Payment: $36,001.44

Total Expenses of Administration: $406.52

3) Total gross receipts of $ 1,432.28 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,432.28 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $21,543.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 406.52 | 406.52 | 406.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,045.51 | 17,648.69 | 17,648.69 | 1,025.76 |
| **TOTAL DISBURSEMENTS** | $62,588.51 | $18,055.21 | $18,055.21 | $1,432.28 |

4) This case was originally filed under Chapter 7 on February 24, 2017. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/26/2018          By: /s/Ira Bodenstein
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Int. in Ins. policies: Whole Life Insurance Poli | 1129-000 | 1,432.28 |
| **TOTAL GROSS RECEIPTS** | | $1,432.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | California Republic Bank | 4110-000 | 21,543.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $21,543.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 358.07 | 358.07 | 358.07 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 8.45 | 8.45 | 8.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

| | UNIFORM TRAN. CODE | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $406.52 | $406.52 | $406.52 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U S Dept of Education/MOHELA | 7100-000 | 6,641.00 | 6,627.88 | 6,627.88 | 385.22 |
| 2 | Midland Funding, LLC c/o | 7100-000 | 14,231.00 | 10,225.13 | 10,225.13 | 594.29 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 795.00 | 795.68 | 795.68 | 46.25 |
| NOTFILED | Direct TV | 7100-000 | 724.30 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank Nevada | 7100-000 | 2,226.21 | N/A | N/A | 0.00 |
| NOTFILED | Constellation | 7100-000 | 325.34 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 1,122.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 1,314.66 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 1,105.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 1,298.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept Of Healthcare | 7100-000 | 10,663.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | City of Chicago Corporate Counsel | 7100-000 | 400.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $41,045.51 | $17,648.69 | $17,648.69 | $1,025.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 17-05440 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** KILO, MAURICE DION | **Filed (f) or Converted (c):** 02/24/17 (f) |
| | **§341(a) Meeting Date:** 03/30/17 |
| **Period Ending:** 05/26/18 | **Claims Bar Date:** 01/03/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking: United Credit Union<br>    Orig. Description: Checking: United Credit Union;<br>Imported from Amended Doc#: 23; Exemption:<br>Checking: United Credit Union  -  Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 2 | Savings: United Credit Union<br>    Orig. Description: Savings: United Credit Union;<br>Imported from Amended Doc#: 23 | 1.00 | 0.00 | | 0.00 | FA |
| 3 | Television, and Cell Phone<br>    Orig. Description: Television, and Cell Phone;<br>Imported from Amended Doc#: 23 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | DVDs<br>    Orig. Description: DVDs; Imported from Amended<br>Doc#: 23 | 20.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary Wearing Apparel<br>    Orig. Description: Necessary Wearing Apparel;<br>Imported from Amended Doc#: 23; Exemption:<br>Necessary Wearing Apparel  -  Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Int. in Ins. policies: Whole Life Insurance Poli<br>    Amended value for policy loan listed as asset 7.<br>Orig. Description: Int. in Ins. policies: Whole Life<br>Insurance Policy with MetLife; Imported from original<br>petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Int. in Ins. policies: Whole Life Insurance Poli<br>    Orig. Description: Int. in Ins. policies: Whole<br>Life Insurance Policy with MetLife; Imported from Amended<br>Doc#: 23; Exemption: Whole Life Insurance Policy with<br>MetLife  -  Amount: 1905.00 | 3,337.28 | 0.00 | | 1,432.28 | FA |
| 8 | Anticipated 2016 Federal Income Tax Refund inclu<br>    Orig. Description: Anticipated 2016 Federal Income<br>Tax Refund including $463 in tax credits: Federal;<br>Imported from Amended Doc#: 23; Exemption:<br>Federal: Anticipated 2016 Federal Income Tax Refund<br>including $463 in tax credits  -  Amount: 463.00;<br>Exemption: Federal: Anticipated 2016 Federal Income<br>Tax Refund including $463 in tax credits  -  Amount: | 1,758.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 17-05440

Case Name:  KILO, MAURICE DION

Period Ending: 05/26/18

Trustee:  (330129)  Ira Bodenstein

Filed (f) or Converted (c):  02/24/17 (f)

§341(a) Meeting Date:  03/30/17

Claims Bar Date:  01/03/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | 1295.00 | | | | | |
| 9 | 2010 Dodge Ram, 70,000 miles. Entire property va<br>Orig. Description: 2010 Dodge Ram, 70,000 miles.<br>Entire property value: $18,000.00; Imported from<br>Amended Doc#: 23; Lien: Opened 11/15 Last Active<br>12/23/16<br>Other (including a right to offset): Purchase Money<br>Security Interest<br>2010 Dodge Ram 70,000 miles<br>Value $18,000.00 - Amount: 21543.00 | 18,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 Dodge Ram, 175,000 miles, Inoperable. Entir<br>Orig. Description: 2001 Dodge Ram, 175,000 miles,<br>Inoperable. Entire property value: $1,000.00; Imported<br>from Amended Doc#: 23; Exemption: 2001 Dodge<br>Ram 175,000 miles Inoperable - Amount: 2400.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets**    Totals (Excluding unknown values) | **$25,066.28** | **$0.00** | | **$1,432.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2108- TFR filed and approved. Waiting for checks to clear to file TDR.

Initial Projected Date Of Final Report (TFR):      March 31, 2018      Current Projected Date Of Final Report (TFR):      January 25, 2018  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-05440 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** KILO, MAURICE DION | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8266 - Checking Account |
| **Taxpayer ID #:** **-***5980 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 05/26/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/27/17 | {7} | Maurice Kilo | Non-exempt cash value of life insurance | 1129-000 | 1,432.28 | | 1,432.28 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,422.28 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,412.28 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,402.28 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,392.28 |
| 03/07/18 | 101 | Ira Bodenstein | Dividend paid 100.00% on $8.45, Trustee Expenses;  Reference: | 2200-000 | | 8.45 | 1,383.83 |
| 03/07/18 | 102 | Ira Bodenstein | Dividend paid 100.00% on $358.07, Trustee Compensation;  Reference: | 2100-000 | | 358.07 | 1,025.76 |
| 03/07/18 | 103 | U S Dept of Education/MOHELA | Dividend paid  5.81% on $6,627.88; Claim# 1; Filed: $6,627.88; Reference: 0002 | 7100-000 | | 385.22 | 640.54 |
| 03/07/18 | 104 | Midland Funding, LLC c/o | Dividend paid  5.81% on $10,225.13; Claim# 2; Filed: $10,225.13; Reference: 5902 | 7100-000 | | 594.29 | 46.25 |
| 03/07/18 | 105 | PYOD, LLC its successors and assigns as assignee | Dividend paid  5.81% on $795.68; Claim# 3; Filed: $795.68; Reference: 0541 | 7100-000 | | 46.25 | 0.00 |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,432.28 | 1,432.28 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 1,432.28 | 1,432.28 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $1,432.28 | $1,432.28 | |

| | |
|---|---|
| Net Receipts : | 1,432.28 |
| Net Estate : | $1,432.28 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8266** | 1,432.28 | 1,432.28 | 0.00 |
| | $1,432.28 | $1,432.28 | $0.00 |

{} Asset reference(s)